IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JACOB C. SPRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:13cv241-MHT |
| | ) | (WO) |
| STATE FARM MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit explicitly seeking "to set aside" a state-court judgment. Plaintiff's objections (doc. no. 16). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case, without prejudice, be granted based on the Rooker-Feldman doctrine. See Sophocleus v. Alabama Dep't of Transp., 605 F. Supp. 2d 1209, 1215 M.D. Ala. 2009) (Thompson, J.), aff'd, 371 F. App'x 996 (11th Cir. 2010) (cases are subject to the doctrine if (1) brought by state-court losers (2) complaining of injuries caused by state-court

judgments (3) rendered before the district-court proceedings commenced and (4) inviting district-court review and rejection of those judgments). Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of September, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**