IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JACOB C. SPRINGER,            )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       3:13cv241-MHT
                              )           (WO)
STATE FARM MUTUAL             )
INSURANCE COMPANY,            )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 16) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 12) is adopted.

(3) Defendant's motion to dismiss (Doc. No. 5) is granted.

(4) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of September, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**